## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DELAWARE COUNTY CHAMBER OF** | : | |
| **COMMERCE, ET AL.,** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **No. 12-2280** |
| | : | |
| **USI INSURANCE SERVICES, LLC, et al.,** | : | |
| **Defendants.** | : | |

**AND NOW,** this 30th day of December, 2013, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 32), the response, reply and surreply thereto, and for the reasons stated in the Court's Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Exclude Certain Testimony of Ricardo J. Zayas (Doc. No. 34) and Defendants' Motion to Exclude the Testimony of Edward A. Wilusz (Doc. No. 35) are **DENIED as MOOT**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of Defendants. The Clerk of Court is directed to mark this matter **CLOSED** for statistical purposes.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

_____

**Mitchell S. Goldberg, J.**